

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

SOUTHERN DIVISION

CIVIL ACTION NO. 7-06-CV-4-BO3

| | |
|---|---|
| In the Matter of: | : |
| | : |
| Celso Marques, d/b/a | : ORDER ON |
| Blue Water Jet Ski Rentals, | : PETITION FOR APPOINTMENT |
| Owner of the Yamaha Jet Ski, | : OF GUARDIAN AD LITEM |
| Hull Identification #YAMA2086690, | : |
| North Carolina Registration #NC1628WY, | : |
| For Exoneration from or | : |
| Limitation of Liability | : |

For good cause shown, upon motion of Plaintiff and pursuant to Rule 17(c) of the Federal Rules of Civil Procedure and local Civil Rule 17.1(a), EDNC, the Court appoints Don T. Evans, Esq., of Wilmington, North Carolina to serve as Guardian Ad Litem for Ross Behuniak in this action. The Guardian Ad Litem's fees, if any, shall be taxed as a cost in this action, the payer of which may be determined by this Court at a later date.

IT IS SO ORDERED this ____ day of February 2006.

_____
UNITED STATES DISTRICT COURT JUDGE