_____ (SEAL)    8/15/06
BRYAN BEHUNIAK                       Date

_____ (SEAL)    8/15/06
ROSS BEHUNIAK                        Date

_____ (SEAL)    8/15/06
DAVID BEHUNIAK                       Date

_____ (SEAL)    8/15/06
CROSSLEY, PRIOR, McINTOSH & COLLIER  Date
ANDREW J. HANLEY, ESQ. COUNSEL FOR
BRYAN BEHUNIAK, DAVID BEHUNIAK, and
ROSS BEHUNIAK

[signatures continued on next page]

_____ (SEAL)     16 Aug 2006
CLARK, NEWTON, EVANS & BRYAN            Date
BY: DON T. EVANS, ESQ. GUARDIAN AD LITEM
FOR ROSS BEHUNIAK AND DAVID BEHUNIAK


[signatures continued on next page]

12

_____ (SEAL)    7.20.06
MARKEL AMERICAN INSURANCE COMPANY         Date
BY: CAROL M. SIEFKES, AIC,
Senior Casualty Claims Examiner    Notary: Amy R. Jacobsen
                                   Expires: 9-13-06

_____ (SEAL)    August 4, 2006
ROUNTREE, LOSEE & BALDWIN, LLP            Date
BY: JASON R. HARRIS, ESQ.

_____ (SEAL)    JUL-28-2006
CELSO MARQUES, d/b/a                      Date
Bluewater Jet Ski Rentals

Case 7:06-cv-00004-BO    Document 37    Filed 08/21/06    Page 3 of 4
13



◆ SERVING FAMILIES, INDIVIDUALS AND COMMUNITIES ◆

June 9, 2006

To Whom It May Concern,

At the request of Mr. Brian Behuniak, I am providing a professional opinion on the psychological effects of a boating accident that Mr. Behuniak's son, Ross Behuniak was involved in the summer of 2005. I have been providing individual and family therapy for Brian and his parents for approximately 1 ½ years for other mental health issues.

According to the reports from Mr. Behuniak, he and Brian were involved in a boating accident. In therapy sessions after the accident Ross reported that he was quite frightened by the event and told this writer the story of the accident on multiple occasions in the first few weeks after the accident. He also reported nightmares related to the accident, difficulty falling asleep at night, some flashbacks of the accident during the day, avoidance of boating/swimming related activities and some hyper arousal. The above mentioned symptoms subsided within the first month of the accident. This client's response to the boating accident appears to be consistent with an acute stress reaction that has since been resolved.

Please feel free to contact me at 919 784 9182 ext. 1205 if you have any questions.

Sincerely,

Eric Harbour MSW, LCSW
ASAP Clinical Services-Program Coordinator

Exhibit "1"